AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Fischer, Nora B | 2. Court or Organization<br><br>District Court, Western PA | 3. Date of Report<br><br>05/09/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Federal District Court Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>3800 One Oxford Centre<br>Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Equity Partner | Pietragallo, Bosick, and Gordon |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1992 | Partnership agreement; Pietragallo, Bosick, and Gordon (PB&G). Terminated in 2007 |
| 2. | |
| 3. | |

RECEIVED
2008 MAY 15 P 12: 54
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Highmark Inc. - salary |
| 2. | 2007 | University of Pgh. Physicians - part-time salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mellon Bank accounts | | None | | | Closed | 2007 | K | | |
| 2. PNC Bank accounts | B | Interest | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. Qualified Plan #1 | | | | | | | | | |
| 5. - The Growth Fund of America | E | Dividend | O | T | deferrals | | | | |
| 6. - SMALLCAP World fund | E | Dividend | N | T | deferrals | | | | |
| 7. - Washington Mutual Investors Fund | E | Dividend | O | T | deferrals | | | | |
| 8. - Fundamental Investors | D | Dividend | M | T | deferrals | | | | |
| 9. - American Balanced Fund | B | Dividend | K | T | deferrals | | | | |
| 10. | | | | | | | | | |
| 11. Qualified Plan #2 | | | | | | | | | |
| 12. - Mellon Bank CD | A | Interest | | | roll over #3 | 2007 | J | | |
| 13. - NBF Mellon CD | A | Interest | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. Qualified Plan #3 | | | | | | | | | |
| 16. - American AMCAP Fund | A | Dividend | J | T | | | | | |
| 17. - American Europacific Growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    - Dodge & Cox Stock | A | Dividend | J | T | | | | | |
| 19.    - Federated Kaufman Small Cap Fund CL A | A | Dividend | K | T | | | | | |
| 20.    - Eaton Vance Adviser's Senior | A | Dividend | J | T | | | | | |
| 21.    - FPA New Income | A | Dividend | J | T | | | | | |
| 22.    - T Rowe Price International Bond | A | Dividend | J | T | | | | | |
| 23.    - Prime Fund Cap Reserves | A | Dividend | J | T | | | | | |
| 24. | | | | | | | | | |
| 25.    Pietragallo, Bosick and Gordon capital investment | F | Distribution | | | Distribution | 2007 | N | | |
| 26. | | | | | | | | | |
| 27.    Qualified Plan #4 ▉ | | | | | | | | | |
| 28.    - TIAA Traditional | D | Interest | M | T | rollover #5 | 2007 | L | | |
| 29.    - CREF Stock | C | Dividend | | | rollover #5 | 2007 | O | | |
| 30.    - CREF Global Equities | A | Dividend | J | T | rollover #5 | 2007 | K | | |
| 31.    - CREF Money market | A | Dividend | J | T | | | | | |
| 32. | | | | | | | | | |
| 33.    Qualified Plan #5 ▉ | | | | | | | | | |
| 34.    - Ariel Appreciation | A | Dividend | L | T | from #4 r/o | 2007 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Causeway International | B | Dividend | L | T | from #4 r/o | 2007 | K | | |
| 36. - Federated US Govt Sec | C | Dividend | L | T | from #4 r/o | 2007 | K | | |
| 37. - PIMCO Low Duration | C | Dividend | L | T | from #4 r/o | 2007 | K | | |
| 38. - Federated FD US Govt Sec | A | Dividend | J | T | | | | | |
| 39. - PIMCO Total return Cl A | B | Dividend | K | T | from #4 r/o | 2007 | K | | |
| 40. - PIMCO Foreign Bond | A | Dividend | J | T | | | | | |
| 41. - Capital World Bond | B | Dividend | K | T | from #4 r/o | 2007 | K | | |
| 42. - Davis New York Venture | A | Dividend | L | T | from #4 r/o | 2007 | K | | |
| 43. - Enterprise Growth | | None | | | reinvested | 2007 | K | | |
| 44. - Artisan International | B | Dividend | L | T | | | | | |
| 45. - SIT Small Cap Growth | A | Dividend | L | T | from #4 r/o | 2007 | K | | |
| 46. - Templeton Foreign | | None | | | reinvested | 2007 | K | | |
| 47. - MFS International New Disc Cl A | A | Dividend | L | T | from #4 r/o | 2007 | K | | |
| 48. - First Eagle Sogen Global | A | Dividend | L | T | from #4 r/o | 2007 | K | | |
| 49. - Royce Microcap Investment Class | B | Dividend | L | T | | | | | |
| 50. - Prime Fund | A | Dividend | K | T | from #4 r/o | 2007 | K | | |
| 51. - Phoenix Real Estate Value | A | Dividend | K | T | from #4 r/o | 2007 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Third Avenue Real Estate Value | A | Dividend | K | T | from #4 r/o | 2007 | J | | |
| 53.   - Prime Cap Odyssey Growth Fund | A | Dividend | L | T | from #4 r/o | 2007 | L | | |
| 54.   - T Rowe Price Equity Income | B | Dividend | L | T | from #4 r/o | 2007 | L | | |
| 55.   - Torray Fund | A | Dividend | L | T | from #4 r/o | 2007 | L | | |
| 56.   - Touchstone Mid Cap Growth Cl A | A | Dividend | L | T | from #4 r/o | 2007 | L | | |
| 57.   - Vanguard GNMA | B | Dividend | K | T | from #4 r/o | 2007 | K | | |
| 58. | | | | | | | | | |
| 59.   Qualified Plan #6 ■ | | | | | | | | | |
| 60.   - Artisan Mid Cap | A | Dividend | J | T | | | | | |
| 61.   - Cash Balance Plan | A | Interest | J | T | | | | | |
| 62. | | | | | | | | | |
| 63.   Qualified Plan #7 ■ | | | | | | | | | |
| 64.   - AET Small Cap Equity Index | | None | | | reinvested | 2007 | K | | |
| 65.   - UBS Intl Equity Fund | | None | | | reinvested | 2007 | K | | |
| 66.   - PIMCO Total Return Fund (Admin) | C | Dividend | K | T | | | | | |
| 67.   - BGI Small Cap Domestic Equity Index | A | Dividend | K | T | frm othr fds | 2007 | K | | |
| 68.   - Marsico Focused Growth Portfolio | C | Dividend | L | T | frm othr fds | 2007 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | - MFS Inst International Equity Fund | C | Dividend | K | T | frm othr fds | 2007 | K | | |
| 70. | - RVS Trust Small Cap Equity Index I | C | Dividend | | | reinvested | | | | |
| 71. | | | | | | | | | | |
| 72. | Qualified Plan #8 ▮ | | | | | | | | | |
| 73. | - Federated Quality Bond II - Primary shares | C | Dividend | K | T | deferrals | | | | |
| 74. | - Salomon High Yield | | None | | | reinvested | 2007 | J | | |
| 75. | - Legg Mason Partners Global High Yield Bond - Cl A | C | Dividend | K | T | frm othr fds | 2007 | J | | |
| 76. | - T. Rowe Price Equity Income - Class II | C | Dividend | K | T | deferrals | | | | |
| 77. | - Nationwide NVIT Mid Cap Index - Class I | C | Dividend | K | T | deferrals | | | | |
| 78. | - Oppenheimer Global Securities VA - Non-service shares | C | Dividend | K | T | deferrals | | | | |
| 79. | - Templeton VIPT Foreign Securities - Class 2 | C | Dividend | K | T | deferrals | | | | |
| 80. | | | | | | | | | | |
| 81. | ▮ brokerage account #1 | | | | | | | | | |
| 82. | - American Fundamental Investors | A | Dividend | K | T | buy | 2007 | K | | |
| 83. | - Federated Kaufmann Cl K | A | Dividend | K | T | | | | | |
| 84. | - Federated Kaufmann Cl A | A | Dividend | K | T | | | | | |
| 85. | - Harbor Capital Appreciation | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Royce Pennsyl Mutual Invst | A | Dividend | K | T | | | | | |
| 87. - T Rowe Price Intl Disc | A | Dividend | K | T | | | | | |
| 88. - T Rowe Price Real est Fund | A | Dividend | K | T | | | | | |
| 89. - Thornburg Inv Income Builder | B | Dividend | K | T | | | | | |
| 90. - ThornburgInter Muni Class A | B | Dividend | K | T | | | | | |
| 91. - Thornburg Ltd Term US Govt | A | Dividend | K | T | | | | | |
| 92. - Thornburg Value Class A | A | Dividend | K | T | | | | | |
| 93. - Tweedy Browne Global Value | A | Dividend | K | T | | | | | |
| 94. - William Blair Int'l Growth Class | A | Dividend | K | T | | | | | |
| 95. - Dodge & Cox Income | A | Dividend | J | T | | | | | |
| 96. - PIMCO Foreign Inst SHS | A | Dividend | J | T | | | | | |
| 97. - Thornburg Ltd Term Income | A | Dividend | K | T | | | | | |
| 98. - Prime Fund Capital Reserves | A | Dividend | K | T | | | | | |
| 99. - Dodge & Cox Intl Stock Fund | A | Dividend | K | T | | | | | |
| 100. | | | | | | | | | |
| 101. Life Insurance Policy cash value | A | Interest | L | T | | | | | |
| 102. Life Insurance Policy cash value █ | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | | | | | |
| 104. HSA #1 ▇▇ | | | | | | | | | |
| 105. - Dodge and Cox International | A | Dividend | J | T | | | | | |
| 106. - Artisan Small Cap | A | Dividend | J | T | | | | | |
| 107. - Cash account | A | Interest | J | T | | | | | |
| 108. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fischer, Nora B | 05/09/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part I. No longer holds the position of Immediate Past President for the Academy of Trial Lawyers of Allegheny County.

2) Part II III. Terminated partnership with Pietragallo, Bosick and Gordon (PB&G) in 2007. Non-Investment income for 2007 is exempt from reporting.

3) Part IV. Any reimbursements received in 2007 were exempt from reporting.

4) Part V. Any gifts received in 2007 were exempt from reporting.

5) Part VI. Any liabilities were exempt from reporting.

6) Part VII. Mellon Bank accounts were closed in 2007.

7) Part VII. On prior year report, Qualified plan #1 was listed as American Funds qualified investment plan (PB&G) and summarized on a seperate sheet as Pietragallo, Bosick and Gordon qualified accounts.

8) Part VII. On prior year report, Qualifed plan #2 was listed as Mellon Bank IRA and summarized on a seperate sheet as Mellon Bank CD and NBF Mellon CD. In 2007, Mellon Bank CD was rolled over into Qualified Plan #3.

9) Part VII. Qualified Plan #3 was listed last year on the summary of net worth schedules as NBF Allegheny Investments. The Mellon Bank CD rolled over into Plan #3 from Plan #2 in 2007.

10) Part VII. Pietragallo, Bosick and Gordon capital investment. Partnership was terminated in 2007 and distribution was received.

11) Part VII. On prior year report, Qualified plan #4 ▇▇▇ was listed as TIAA-CREF qualified investment account▇▇▇ and summarized on a seperate sheet as University of Pittsburgh qualified accounts. During 2007, a majority of the funds were rolled over into Qualified Plan #5.

12) Part VII. On prior year report, Qualified plan #5 ▇▇▇ was listed as NHS IRA and summarized separately. Plan #4 was rolled over into Plan #5 in 2007. In additon, funds from Enterprise Growth and Templeton Foreign were closed and reinvested back into the IRA. From these additional funds, new funds were purchased for 2007 - Ariel Appreciation, Prime Cap Odyssey Growth Fund, T Rowe Price Equity Income, Torray Fund, Touchstone Mid Cap Growth Cl A, and Vanguard GNMA.

13) Part VII. On prior year report, Qualified plan #6 ▇▇▇ was listed as UPMC Health System retirement plan (spouse) and summarized on a seperate sheet as UPMCHS retirement program.

14) Part VII. On prior year report, Qualified plan #7 ▇▇▇ was listed as Highmark qualified investment plan and summarized on a seperate sheet as Highmark Investment plan. Fund accounts were closed for AET Small Cap Equity Index, UBS Intl Equity Fund and RVS Trust Small Cap Equity Index I and reinvested within the plan opening new fund accounts in 2007 of BGI Small Cap Domestic Equity Index, Marsico Focused Growth Portfolio, and MFS Inst International Equity Fund.

15) Part VII. On prior year report, Qualified plan #8 ▇▇▇ was listed as Highmark deferred compensation plan ▇▇▇. Funds were summarized on seperate sheet. The Salomon High Yield fund was reinvested back into the plan. Legg Mason Partners Global High Yield Bond - Cl A was opened from monies from deferrals and other funds.

16) Part VII. On prior year report, ▇▇ Brokerage account #1 was listed as NFS Joint investment account and summarized on seperate sheet as NBF and DRF Jointly held securities. American Fundamental Investors fund was opened from deposits into the brokerage account.

17) Part VII. HSA #1 ▇▇▇ is new for 2007.

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory previsions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Fischer, Nora B | 2. Court or Organization District Court, Western PA | 3. Date of Report 05/09/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Federal District Court Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 3800 One Oxford Centre Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Equity Partner | Pietragallo, Bosick, and Gordon |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1992 | Partnership agreement; Pietragallo, Bosick, and Gordon (PB&G). Terminated in 2007 |
| 2. | |
| 3. | |

RECEIVED 2008 AUG -1 A 10: 20 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Highmark Inc. - salary |
| 2. | 2007 | University of Pgh. Physicians - part-time salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mellon Bank accounts | | None | | | Closed | 2007 | K | | |
| 2. PNC Bank accounts | B | Interest | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. Qualified Plan #1 | | | | | | | | | |
| 5. - American Funds, The Growth Fund of America | E | Dividend | O | T | | | | | |
| 6. - American Funds, SMALLCAP World fund | E | Dividend | N | T | | | | | |
| 7. - American Funds, Washington Mutual Investors Fund | E | Dividend | O | T | | | | | |
| 8. - American Funds, Fundamental Investors | D | Dividend | M | T | | | | | |
| 9. - American Funds, American Balanced Fund | B | Dividend | K | T | | | | | |
| 10. | | | | | | | | | |
| 11. Qualified Plan #2 | | | | | | | | | |
| 12. - Mellon Bank CD | A | Interest | | | roll over #3 | 2007 | J | | |
| 13. - NBF Mellon CD | A | Interest | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. Qualified Plan #3 | | | | | | | | | |
| 16. - American AMCAP Fund | A | Dividend | J | T | | | | | |
| 17. - American Europacific Growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Dodge & Cox Stock | A | Dividend | J | T | | | | | |
| 19. - Federated Kaufman Small Cap Fund CL A | A | Dividend | K | T | | | | | |
| 20. - Eaton Vance Adviser's Senior | A | Dividend | J | T | | | | | |
| 21. - FPA New Income | A | Dividend | J | T | | | | | |
| 22. - T Rowe Price International Bond | A | Dividend | J | T | | | | | |
| 23. - Prime Fund Cap Reserves | A | Dividend | J | T | | | | | |
| 24. | | | | | | | | | |
| 25. Pietragallo, Bosick and Gordon capital investment | F | Distribution | | | Distribution | 2007 | N | | |
| 26. | | | | | | | | | |
| 27. Qualified Plan #4 | | | | | | | | | |
| 28. - TIAA Traditional | D | Interest | M | T | sold r/o #5 | 3/07 | L | D | |
| 29. - CREF Stock | C | Dividend | | | sold r/o #5 | 3/07 | O | E | |
| 30. - CREF Global Equities | A | Dividend | J | T | sold r/o #5 | 3/07 | K | C | |
| 31. - CREF Money market | A | Dividend | J | T | | | | | |
| 32. | | | | | | | | | |
| 33. Qualified Plan #5 | | | | | | | | | |
| 34. - Ariel Appreciation | A | Dividend | L | T | buy - #4 r/o | 5/07 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Causeway International | B | Dividend | L | T | buy #4 r/o | 5/07 | L | | |
| 36. - Federated US Govt Sec | C | Dividend | L | T | buy #4 r/o | 5/07 | K | | |
| 37. - PIMCO Low Duration | C | Dividend | L | T | buy #4 r/o | 5/07 | K | | |
| 38. - Federated FD US Govt Sec | A | Dividend | J | T | | | | | |
| 39. - PIMCO Total return Cl A | B | Dividend | K | T | buy #4 r/o | 5/07 | K | | |
| 40. - PIMCO Foreign Bond | A | Dividend | J | T | | | | | |
| 41. - Capital World Bond | B | Dividend | K | T | buy #4 r/o | 5/07 | K | | |
| 42. - Davis New York Venture | A | Dividend | L | T | buy #4 r/o | 5/07 | K | | |
| 43. - Enterprise Growth | | None | | | sold | 2/07 | K | D | |
| 44. - Artisan International | B | Dividend | L | T | | | | | |
| 45. - SIT Small Cap Growth | A | Dividend | L | T | buy #4 r/o | 5/07 | K | | |
| 46. - Templeton Foreign | | None | | | sold | 2/07 | K | D | |
| 47. - MFS International New Disc Cl A | A | Dividend | L | T | buy #4 r/o | 5/07 | K | | |
| 48. - First Eagle Sogen Global | A | Dividend | L | T | buy #4 r/o | 5/07 | K | | |
| 49. - Royce Microcap Investment Class | B | Dividend | L | T | | | | | |
| 50. - Fidelity, Prime Fund | A | Dividend | K | T | buy #4 r/o | 5/07 | K | | |
| 51. - Phoenix Real Estate Value | A | Dividend | K | T | buy #4 r/o | 5/07 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Third Avenue Real Estate Value | A | Dividend | K | T | buy #4 r/o | 5/07 | K | | |
| 53. - Prime Cap Odyssey Growth Fund | A | Dividend | L | T | buy #4 r/o | 5/07 | L | | |
| 54. - T Rowe Price Equity Income | B | Dividend | L | T | buy #4 r/o | 5/07 | L | | |
| 55. - Torray Fund | A | Dividend | L | T | buy #4 r/o | 5/07 | L | | |
| 56. - Touchstone Mid Cap Growth Cl A | A | Dividend | L | T | buy #4 r/o | 5/07 | L | | |
| 57. - Vanguard GNMA | B | Dividend | K | T | buy #4 r/o | 5/07 | K | | |
| 58. | | | | | | | | | |
| 59. Qualified Plan #6 | | | | | | | | | |
| 60. - Artisan Mid Cap | A | Dividend | J | T | | | | | |
| 61. - Hewitt, Cash Balance Plan | A | Interest | J | T | | | | | |
| 62. | | | | | | | | | |
| 63. Qualified Plan #7 | | | | | | | | | |
| 64. - AET Small Cap Equity Index | | None | | | sold | 2007 | K | C | |
| 65. - UBS Intl Equity Fund | | None | | | sold | 2007 | K | C | |
| 66. - PIMCO Total Return Fund (Admin) | C | Dividend | K | T | | | | | |
| 67. - BGI Small Cap Domestic Equity Index | A | Dividend | K | T | buy | 12/07 | K | | |
| 68. - Marsico Focused Growth Portfolio | C | Dividend | L | T | buy | 2007 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q=Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - MFS Inst International Equity Fund | C | Dividend | K | T | buy | 2007 | K | | |
| 70. - RVS Trust Small Cap Equity Index I | C | Dividend | | | sold | 12/07 | K | C | |
| 71. | | | | | | | | | |
| 72. Qualified Plan #8 | | | | | | | | | |
| 73. - Federated Quality Bond II - Primary shares | C | Dividend | K | T | | | | | |
| 74. - Salomon High Yield | | None | | | sold | 2007 | J | B | |
| 75. - Legg Mason Partners Global High Yield Bond - Cl A | C | Dividend | K | T | buy | 2007 | J | | |
| 76. - T. Rowe Price Equity Income - Class II | C | Dividend | K | T | | | | | |
| 77. - Nationwide NVIT Mid Cap Index - Class I | C | Dividend | K | T | | | | | |
| 78. - Oppenheimer Global Securities VA - Non-service shares | C | Dividend | K | T | | | | | |
| 79. - Templeton VIPT Foreign Securities - Class 2 | C | Dividend | K | T | | | | | |
| 80. | | | | | | | | | |
| 81. Brokerage account #1 | | | | | | | | | |
| 82. - American Funds, Fundamental Investors | A | Dividend | K | T | buy | 2007 | K | | |
| 83. - Federated Kaufmann Cl K | A | Dividend | K | T | | | | | |
| 84. - Federated Kaufmann Cl A | A | Dividend | K | T | | | | | |
| 85. - Harbor Capital Appreciation | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Royce Pennsyl Mutual Invst | A | Dividend | K | T | | | | | |
| 87.   - T Rowe Price Intl Disc | A | Dividend | K | T | | | | | |
| 88.   - T Rowe Price Real est Fund | A | Dividend | K | T | | | | | |
| 89.   - Thornburg Inv Income Builder . | B | Dividend | K | T | | | | | |
| 90.   - ThornburgInter Muni Class A | B | Dividend | K | T | | | | | |
| 91.   - Thornburg Ltd Term US Govt | A | Dividend | K | T | | | | | |
| 92.   - Thornburg Value Class A | A | Dividend | K | T | | | | | |
| 93.   - Tweedy Browne Global Value | A | Dividend | K | T | | | | | |
| 94.   - William Blair Int'l Growth Class | A | Dividend | K | T | | | | | |
| 95.   - Dodge & Cox Income | A | Dividend | J | T | | | | | |
| 96.   - PIMCO Foreign Inst SHS | A | Dividend | J | T | | | | | |
| 97.   - Thornburg Ltd Term Income | A | Dividend | K | T | | | | | |
| 98.   - Prime Fund Capital Reserves | A | Dividend | K | T | | | | | |
| 99.   - Dodge & Cox Intl Stock Fund | A | Dividend | K | T | | | | | |
| 100. | | | | | | | | | |
| 101.  (Y) Mass Mutual Life Insurance Policy | A | Interest | L | T | | | | | |
| 102.  (Y) Mass Mutual Life Insurance Policy | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 ● =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104.  HSA #1 | | | | | | | | | |
| 105.  - (Y) Dodge and Cox International | A | Dividend | J | T | | | | | |
| 106.  - (Y) Artisan Small Cap | A | Dividend | J | T | | | | | |
| 107.  - (Y) PFPC, Cash account | A | Interest | J | T | | | | | |
| 108. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part I. No longer holds the position of Immediate Past President for the Academy of Trial Lawyers of Allegheny County.

2) Part II Ill. Terminated partnership with Pietragallo, Bosick and Gordon (PB&G) in 2007. Non-Investment income for 2007 is exempt from reporting.

3) Part IV. Any reimbursements received in 2007 were exempt from reporting.

4) Part V. Any gifts received in 2007 were exempt from reporting.

5) Part VI. Any liabilities were exempt from reporting.

6) Part VII. Mellon Bank accounts were closed in 2007.

7) Part VII. On prior year report, Qualified plan #1 was listed as American Funds qualified investment plan (PB&G) and summarized on a seperate sheet as Pietragallo, Bosick and Gordon qualified accounts.

8) Part VII. On prior year report, Qualifed plan #2 was listed as Mellon Bank IRA and summarized on a seperate sheet as Mellon Bank CD and NBF Mellon CD. In 2007, Mellon Bank CD was rolled over into Qualified Plan #3.

9) Part VII. Qualified Plan #3 was listed last year on the summary of net worth schedules as NBF Allegheny Investments. The Mellon Bank CD rolled over into Plan #3 from Plan #2 in 2007.

10) Part VII. Pietragallo, Bosick and Gordon capital investment. Partnership was terminated in 2007 and distribution was received.

11) Part VII. On prior year report, Qualified plan #4 ▮▮▮ was listed as TIAA-CREF qualified investment account ▮▮▮ and summarized on a seperate sheet as University of Pittsburgh qualified accounts. During 2007, a majority of the funds were rolled over into Qualified Plan #5.

12) Part VII. On prior year report, Qualified plan #5 ▮▮▮ was listed as NHS IRA and summarized separately. Plan #4 was rolled over into Plan #5 in 2007. In additon, funds from Enterprise Growth and Templeton Foreign were closed and reinvested back into the IRA. From these additional funds, new funds were purchased for 2007 - Ariel Appreciation, Prime Cap Odyssey Growth Fund, T Rowe Price Equity Income, Torray Fund, Touchstone Mid Cap Growth Cl A, and Vanguard GNMA.

13) Part VII. On prior year report, Qualified plan #6 ▮▮▮ was listed as UPMC Health System retirement plan ▮▮▮ and summarized on a seperate sheet as UPMCHS retirement program.

14) Part VII. On prior year report, Qualified plan #7 ▮▮▮ was listed as Highmark qualified investment plan and summarized on a seperate sheet as Highmark Investment plan. Fund accounts were closed for AET Small Cap Equity Index, UBS Intl Equity Fund and RVS Trust Small Cap Equity Index I and reinvested within the plan opening new fund accounts in 2007 of BGI Small Cap Domestic Equity Index, Marsico Focused Growth Portfolio, and MFS Inst International Equity Fund.

15) Part VII. On prior year report, Qualified plan #8 ▮▮▮ was listed as Highmark deferred compensation plan ▮▮▮. Funds were summarized on seperate sheet. The Salomon High Yield fund was reinvested back into the plan. Legg Mason Partners Global High Yield Bond - Cl A was opened from monies from deferrals and other funds.

16) Part VII. On prior year report, ▮▮▮ Brokerage account #1 was listed as NFS ▮▮▮ investment account and summarized on seperate sheet as NBF and DRF Jointly held securities. American Fundamental Investors fund was opened from deposits into the brokerage account.

17) Part VII. HSA #1 ▮▮▮ is new for 2007.

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B | 05/09/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# United States District Court
### Western District of Pennsylvania
Suite 5260, U.S. Post Office & Courthouse
Seventh Avenue & Grant Street
Pittsburgh, Pennsylvania 15219

Nora Barry Fischer
U.S. District Judge

Telephone
(412) 208-7480

7/31/08

Dear Committee Members:

Please find attached my financial Disclosure Form as revised per your earlier Correspondence. If you have any further questions or concern, please advise. Thank you for your kind attention.



RECEIVED 2008 AUG -1 A 10: 20 FINANCIAL DISCLOSURE OFFICE